Eugene Ashley, Bar No. 171885
eashley@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
Tina L. Naicker, Bar No. 252766
tnaicker@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiff
Mariani Packing Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIANI PACKING CO., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIAN TRADING, LTD., a California Corporation,<br><br>Defendants. | CASE NO.  C 10-00673 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br><br>Judge:   Hon. Claudia Wilken<br>Dept.:    Courtroom 2, 4th Floor |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Mariani Packing Co., Inc. ("Mariani") and Defendant Marian Trading, Ltd. ("Marian") that:

1. The parties have agreed to resolve the case on mutually acceptable terms and have executed a confidential Settlement Agreement and General Release ("Settlement Agreement") setting forth the terms of their agreement;

2. The parties have agreed that Plaintiff Mariani will dismiss its complaint with prejudice pursuant to Federal Rules of Civil Procedure 41;

3. The parties have agreed that each will bear its own costs and attorney fees; and

4. The parties agree that this Court shall retain jurisdiction over this case to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: ~~March~~ Apr. 15, 2011

HOPKINS & CARLEY

By: _____
Eugene Ashley
Attorneys for Plaintiff Mariani Packing Co., Inc.

Dated: ~~March~~ April 13, 2011

DICKENSON, PEATMAN & FOGARTY

By: _____
J. Scott Gerien
Attorneys for Defendant Marian Trading, Ltd.

Based on the foregoing stipulation, and for good cause shown, this action is hereby ordered dismissed with prejudice.

Dated: _____April 18_____, 2011       _____
U.S. DISTRICT COURT JUDGE

708\835413.1
- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL
(CV 10-00673 CW)
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE